IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CREEKVIEW IP LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION 3:22-cv-2653 |
| | § | |
| v. | § | PATENT CASE |
| | § | |
| RADIOSHACK ONLINE OPCO, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**PLAINTIFF CREEKVIEW IP LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule Local Rules 3.1(c) and 7.4 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Creekview IP LLC ("Creekview") submits the following Rule 7.1 Disclosure Statement that identifies, with regard to all non-governmental corporate parties, any parent corporation or any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation and which provides a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

1. Plaintiff: Plaintiff Creekview IP LLC is a limited liability company. It does not have a parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock

2. Counsel for Plaintiff: James L. Etheridge
Ryan S. Loveless
Travis L. Richins
ETHERIDGE LAW GROUP, PLLC

3. Defendant: Radioshack Online Opco, LLC

4. Counsel for Defendant: Counsel has not appeared.

Dated: November 28, 2022                    Respectfully submitted,

*/s/ Travis Richins*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFF**